**RECEIVED**

**AUG 1 7 2022**

**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-111 |
| v. | INDICTMENT |
| KINZI KAE MUELLER, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Drug User in Possession of a Firearm)**

On or about July 18, 2022, in the Southern District of Iowa, the defendant, KINZI KAE MUELLER, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, Model G3C, 9mm pistol, with serial number ACG055854. At the time of the offense, the defendant knew she was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(False Statement During Purchase of a Firearm)**

On or about July 18, 2022, in the Southern District of Iowa, the defendant, KINZI KAE MUELLER, in connection with the acquisition and attempted acquisition of a firearm, namely: a Taurus, Model G3C, 9mm pistol, with serial number ACG055854, from Bass Pro Shops Outdoor World, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473, in response to Question 21(e), that the defendant was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (False Statement During Purchase of a Firearm)

On or about July 18, 2022, in the Southern District of Iowa, the defendant, KINZI KAE MUELLER, knowingly made a false statement and representation to Bass Pro Shops Outdoor World, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bass Pro Shops Outdoor World. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21(e), that the defendant was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

THE GRAND JURY FINDS:

### NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Counts 1, 2, and/or 3 of this Indictment, the defendant, KINZI KAE MUELLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Counts 1 through 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
MacKenzie Benson Tubbs
Assistant United States Attorney